CONCATEN, INC., Plaintiff–Appellant

v.

AMERITRAK FLEET SOLUTIONS, LLC, dba AmeriTrak, Defendant–Appellee

2016-1112

United States Court of Appeals, Federal Circuit.

October 11, 2016

Carl Alfred Hjort, III, Concaten, Inc., Golden CO, argued for plaintiff-appellant. Also represented by David A. Palladino.

Loren Lee Hansen, Gray, Plant, Mooty, Mooty & Bennett, P.A., Minneapolis, MN, argued for defendant-appellee. Also represented by Richard C. Landon, Dean Conrad Eyler.

(Lourie, Dyk, and O'Malley, Circuit Judges).

## JUDGMENT

Per Curiam

This Cause having been heard and considered, it is Ordered and Adjudged:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**